UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ALVAREZ MACIEL (A No. 246 060 673),

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-01318-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 8, 17)

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED;
2. The petition for writ of habeas corpus is GRANTED;
3. The preliminary injunctive relief ordered January 13, 2026, is made permanent;
4. Respondents' Motion to Dismiss All Respondents Other than Petitioner's Custodian (ECF No. 8) is DENIED; and
4. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dena Coggins
United States District Judge